IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA JOHNSON, et al.          :          CIVIL ACTION
                                  :
              v.                  :
                                  :
ESSENTIA INSURANCE COMPANY        :          NO. 25-7367

ORDER

AND NOW, this 30th day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Essentia Insurance Company for judgment on the pleadings (Doc. #16) is GRANTED.


BY THE COURT:


/s/  Harvey Bartle III_____
                                                      J.